USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
GLOBAL REINSURANCE CORP. OF                   :
AMERICA,                                      :
                                              :
          Petitioner,              :   07 Civ. 7514 (WHP)
                                              :
          -against-                :   ORDER
                                              :
ARGONAUT INSURANCE CO.,                       :
                                              :
          Respondent.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a conference on December 21, 2007, the following is established on consent:

    (1) The parties shall submit a stipulation and proposed order by January 11, 2008 specifying any documents to be withdrawn from the record and the portions of any remaining documents that the parties seek to redact;

    (2) The Clerk of Court is directed to unseal the caption, the Petition to Confirm the Arbitration Award, and all future filings in this action; all other documents, including all declarations, shall remain under seal until further order of this Court; and

(3) All subsequent Orders of this Court shall be issued through the Southern District of New York's Electronic Case Filing ("ECF") system; the parties shall file all pleadings electronically via the ECF system, and promptly provide this Court with complete courtesy copies of the filed papers; all counsel shall register as filing users in accord with the Southern District's Procedures for Electronic Case Filing by December 28, 2007.

Dated: December 21, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to:*

Jeffrey S. Leonard, Esq.
Joseph J. Schiavone, Esq.
Ivan Miletic, Esq.
Virginia A. Pallotto, Esq.
Budd Larner, PC
150 John F. Kennedy Pkwy.
Short Hills, NJ 07078-4800
*Counsel for Petitioner*

Dan E. LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880
*Counsel for Respondent*

Theresa W. Hajost, Esq.
Daniel A. Blumenthal, Esq.
Halloran & Sage LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
*Counsel for Respondent*

-2-