UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
GLOBAL REINSURANCE CORP. OF
AMERICA,                                      :

          Petitioner,          :   07 Civ. 7514 (WHP)

     -against-                        :   <u>SCHEDULING ORDER No. 1</u>


ARGONAUT INSURANCE CO.,                       :

          Respondent.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       It is ordered on consent that this Court will hear oral argument on the petition to confirm and counter-petition to vacate in part the arbitration award on February 1, 2008 at 11:00 a.m.

Dated: December 28, 2007
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Jeffrey S. Leonard, Esq.
Joseph J. Schiavone, Esq.
Ivan Miletic, Esq.
Virginia A. Pallotto, Esq.
Budd Larner, PC
150 John F. Kennedy Pkwy.
Short Hills, NJ 07078-4800
*Counsel for Petitioner*

Dan E. LaBelle, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880
*Counsel for Respondent*

Theresa W. Hajost, Esq.
Daniel A. Blumenthal, Esq.
Halloran & Sage LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
*Counsel for Respondent*