Case 1:07-cv-07514-WHP  Document 18-3  Filed 01/07/2008  Page 1 of 2

**A**

**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

DIRECT DIAL (973) 315-4450
E-mail: vpallotto@budd-larner.com

October 30, 2006

<u>Via E-mail & Federal Express</u>
Theresa W. Hajost, Esq.
Halloran & Sage, LLP
1730 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

Re: GLOBAL Reinsurance Corp. - U.S. Branch v. Argonaut Insurance Co. (QS), AND
GLOBAL Reinsurance Corp. - U.S. Branch v. Argonaut Insurance Co. (XOL), AND
GLOBAL (CRC) v. Argonaut Insurance Co. (Home Commut.)

Dear Ms. Hajost:

GLOBAL previously provided you with two (2) discs stamped GL ARG 003772 and GL ARG 3773 as part of its document production in the above referenced matters. However, at that time we did not individually Bates-stamp each of the documents on the discs. As you will recall, your office had requested that we individually Bates-stamp each page on the discs. We have now done that and hereby produce two (2) discs with the following Bates-ranges: GL ARG 03772 to 010935, and GL ARG 010936 to 026333.

As indicated, these are not new documents, rather these are the same documents on discs GL ARG 3772 and GL ARG 3773, only each of the pages is individually Bates-stamped.

GLOBAL reserves the right to further supplement its production.

Very truly yours,

VIRGINIA A. PALLOTTO

VAP/ms
cc: Jeffrey S. Leonard, Esq.
    Jeffery A. Siedsma, Esq.
618262.w