UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ :
In the Matter of the Arbitration Between: : Docket No. 07-CV-7514
: (WHP)
GLOBAL REINSURANCE CORP. OF AMERICA, f/k/a :
GERLING GLOBAL REINSURANCE CORP. OF :
AMERICA, f/k/a CONSTITUTION REINSURANCE :
CORPORATION, : **DECLARATION OF**
: **SERVICE**
Petitioner, :
:
-against- :
:
ARGONAUT INSURANCE COMPANY, :
Respondent. :
------------------------------------------------------------------ :

I declare the following to be true under penalties of perjury and pursuant to 28 U.S.C. §1746 that a true and correct copy of the Sur-Reply Brief of Petitioner Global Reinsurance Corp. of America, f/k/a Gerling Global Reinsurance Corp. of America, f/k/a Constitution Reinsurance Corporation in Further Opposition to Respondent's Counter-Petition and Declaration of Virginia A. Pallotto were electronically filed with the Court on this date, with a copy also sent via E-mail to Daniel E. Labelle, Esq. and Theresa W. Hajost, Esq, with a hard copy served via Federal Express to Argonaut's counsel as follows:

Dan E. LaBelle, Esq.
Thomas E. Brennan, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, Connecticut 06880
brennan@halloran-sage.com
labelle@halloran-sage.com

Executed on this 7th day of January, 2008.

_____
Marjorie Schnitzer

570723.W