UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between:<br><br>GLOBAL REINSURANCE CORP. OF AMERICA,<br>f/k/a GERLING GLOBAL REINSURANCE CORP.<br>OF AMERICA, f/k/a CONSTITUTION<br>REINSURANCE CORPORATION,<br><br>                        Petitioner,<br><br>-against-<br><br>ARGONAUT INSURANCE COMPANY,<br>                        Respondent. | No. 07 cv 7514 (WHP)<br><br>**STIPULATION AND PROPOSED ORDER TO UNSEAL CERTAIN DOCUMENTS AND REDACT OTHERS** |

Whereas, an Order was entered on August 24, 2007 ("Sealing Order") sealing the file in this matter, and subsequent thereto on December 21, 2007, the Court entered an Order modifying the Sealing Order and directed the parties to submit a stipulation and proposed order specifying any documents to be withdrawn from the record and the portions of any remaining documents that the parties seek to redact;

The parties hereby stipulate and agree as follows:

1. The parties have conferred and have reached agreement to unseal most of the record as specified herein without waiver of the parties' rights as to the withdrawing and/or redaction of certain other documents in the record to which the parties are unable to reach agreement;

2. The parties hereby stipulate and agree to submit for public filing in a redacted form the following documents: Exhibit E (copy of bank check) to the Declaration of Christopher Hollender dated August 21, 2007 shall have the bank account number and routing information

redacted from the exhibit; Exhibit 11 (Constitution's request for clarification to the Panel with exhibits) to the Declaration of Ivan V. Miletic dated October 22, 2007 shall have the bank account number and routing information redacted from the exhibited check. The parties agree that this information is confidential, proprietary and sensitive information that if released may cause harm to Constitution and/or Argonaut;

3. The parties are unable to reach an agreement with respect to withdrawing certain documents submitted by Petitioner as exhibits to the Declaration of Ivan V. Miletic dated October 22, 2007, specifically, Exhibit 3 (Index of Petitioner's Hearing Exhibits), Exhibit 5 (Hearing Transcript Day 1), Exhibit 6 (Hearing Transcript Day 2), Exhibit 7 (Hearing Transcript Day 3), Exhibit 8 (Hearing Transcript Day 4), Exhibit 9 (Hearing Transcript Day 5) and Exhibit 10 (Closing Argument Transcript) and, as such, these exhibits will remain under seal until further Order of the Court;

4. The parties are unable to reach agreement on the scope of the proposed redactions to certain other documents, specifically Exhibit 1 (Argonaut's Opening Pre-Hearing Brief) and Exhibit 2 (Argonaut's Pre-Hearing Reply Brief) to the Declaration of Dan LaBelle dated September 21, 2007 filed by Argonaut, as well as to the proposed redactions to Exhibit 1 (Constitution's Pre-Hearing Brief), Exhibit 2 (Constitution's Reply Pre-Hearing Brief), and Exhibit 4 (Constitution's Written Closing Submission) to the Declaration of Ivan V. Miletic dated October 22, 2007 and the Memorandum of Law in Opposition of Counter-Petition and in further Support of Petition to Confirm filed by Constitution (dispute as to scope of redaction on page 4), as well as to Exhibit 12 (excerpts of the deposition testimony of Barry Keogh) to the Declaration of Theresa Hajost dated November 6, 2007 filed by Argonaut, and, as such, these exhibits shall remain under seal until further Order of the Court; and

2

5. The remaining documents in the record to which the parties have reached an agreement to, as specified in the annexed Exhibit A, shall be unsealed.

Respectfully submitted this 11 day of January, 2008 by:

BUDD LARNER, P.C.
Attorneys for Petitioner, GLOBAL
Reinsurance Corporation of America
("Constitution")

BY: _____
Joseph J. Schiavone (JS 7303)
Jeffrey S. Leonard (JL 5931)
Virginia A. Pallotto (admitted Pro Hac Vice)

HALLORAN & SAGE
Attorneys for Respondent, Argonaut Insurance
Company

BY: _____
Dan E. LaBelle (DL2779)
Theresa Hajost

SO ORDERED BY THE COURT ON THIS _____ DAY OF JANUARY, 2008

_____
Hon. William H. Pauley III, U.S.D.C.

664371.w

3

## EXHIBIT A TO THE STIPULATION IN 07-CV-7514 (WHP)

| Date Filed & Party | Document | Proposal |
|---|---|---|
| 8-24-07 Global-Constitution | Summons in a Civil Case | Unseal |
| | Motion to File All Documents Under Seal | Unseal |
| | Petition to Confirm Arbitration Award | N/A -- Already Unsealed |
| | Notice of Petition to Confirm Arbitration Award | Unseal |
| | Declaration of Virginia Pallotto | Unseal |
| | Ex. A: Second Layer XOL (5-1-70 — 7-1-72) | Unseal |
| | Ex. B: Second Layer XOL (7-1-72 — 7-1-75) | Unseal |
| | Ex. C: 12-30-04 Demand for Arbitration Letter | Unseal |
| | Ex. D: Final Arbitration Order 7-12-07 | Unseal |
| | Ex. E: Clarifying Order 8-23-07 | Unseal |
| | Ex. F: Confidentiality Order 5-16-06 | Unseal |
| | Memo of Law in Support of Petition to Confirm | Unseal |
| | Order to Seal | Unseal |
| | Rule 7:1 Disclosure | Unseal |
| | Signed Summons in a Civil Case | Unseal |
| 9-13-07 | Letter to Judge Pauley requesting an extension to 9-24-07 | Unseal |
| 9-21-07 Argonaut | Certificate of Service | Unseal |
| | Appearance (Dan E. LaBelle) | Unseal |
| | Rule 7.1 Disclosure | Unseal |
| | Answer to Petition to Confirm and Counter-Petition | Unseal |
| | Memo of Law in Support of Counter-Petition | Unseal |
| | Declaration of Chris Hollender | Unseal |
| | Ex. A: Second XOL (7-1-71 — 6-30-72 | Unseal |

| Date Filed & Party | Document | Global Proposal |
|---|---|---|
| | Ex. B: Second XOL (7-1-72 — 6-30-75) | Unseal |
| | Ex. C: Final Award and Dissent 7-12-07 | Unseal |
| | Ex. D: Clarifying Order 8-23-07 | Unseal |
| | Ex. E: 8-24-07 Check to Global | **TO BE REDACTED- SEE STIP** |
| | Declaration of Dan LaBelle | Unseal |
| | Ex. 1: Argonaut's Pre-Hearing Opening Brief | **REMAIN SEALED- SEE STIP** |
| | Ex. 2: Argonaut Pre-Hearing Reply Brief | **REMAIN SEALED- SEE STIP** |
| | Ex. 3: Excerpts from Staring treatise | Unseal |
| 9/27/07 | Letter to Judge Pauley requesting an extension to 10-18-07 | Unseal |
| 10-17-07 | Letter to Judge Pauley requesting an extension to 10-22-07 | Unseal |
| 10-22-07 Global-Constitution | Answer to Counter-Petition to Vacate | Unseal |
| | Memo of Law in Opposition of Counter-Petition and in further Support of Petition to Confirm | **REMAIN SEALED – SEE STIP** |
| | Declaration of Ivan V. Miletic | Unseal |
| | Ex. 1: Global's Pre-Hearing Brief | **REMAIN SEALED – SEE STIP** |
| | Ex. 2: Global's Pre-Hearing Reply Brief (including 5-page Summary of Claims) | **REMAIN SEALED – SEE STIP** |
| | Ex. 3: Index of Global's Hearing Exhibits | **REMAIN SEALED – SEE STIP** |
| | Ex. 4: Global's Written Closing Argument | **REMAIN SEALED – SEE STIP** |
| | Ex. 5: Day 1 Transcript (2-26-07) | **REMAIN SEALED – SEE STIP** |
| | Ex. 6: Day 2 Transcript (2-27-07) | **REMAIN SEALED – SEE STIP** |
| | Ex. 7: Day 3 Transcript (2-28-07) | **REMAIN SEALED – SEE STIP** |

| Date Filed & Party | Document | Global Proposal |
|---|---|---|
| | Ex. 8: Day 4 Transcript (3-1-07) | **REMAIN SEALED – SEE STIP** |
| | Ex. 9: Day 5 Transcript (3-2-07) | **REMAIN SEALED – SEE STIP** |
| | Ex. 10: Transcript of Oral Closings 3-30-07 | **REMAIN SEALED – SEE STIP** |
| | Ex. 11: Global's Request for Clarification (with exhibits) 8-8-07 | **SUBMIT IN REDACTED FORM THE BANK CHECK-SEE STIP** |
| | Ex. 12: Global E-mail to Panel 8-16-07 | Unseal |
| | Ex. 13: Global E-mail to Panel 8-20-07 | Unseal |
| | Ex. 14: Second Layer XOL (7-1-72 — 7-1-75) | Unseal |
| | Ex. 15: English & American Insurance case | Unseal |
| 11-6-07 Argonaut | Brief in Reply to Global's Opposition | Unseal |
| | Declaration of Theresa Hajost | Unseal |
| | Ex. 1: Argonaut's Production Letters | Unseal |
| | Ex. 2: Global's Production Letters | Unseal |
| | Ex. 3: Argonaut's First Demand for Docs | Unseal |
| | Ex. 4: Global's First Demand for Docs | Unseal |
| | Ex. 5: Global's Final Doc Production | Unseal |
| | Ex. 6 Dassenko's Final Invoice | Unseal |
| | Ex. 7: Keogh Hearing Testimony | Unseal |
| | Ex. 8: Buyck Testimony | Unseal |
| | Ex. 9: Watson Testimony | Unseal |
| | Ex. 10: E-mail from Dassenko stating panel was "functus officio" 8-9-07 | Unseal |
| | Ex. 11: Global State of NY Complaint | Unseal |
| | Ex. 12: Keogh Deposition Testimony | **REMAIN SEALED – SEE STIP** |
| | Certificate of Service | Unseal |
| 11-16-07 Global-Constitution | Letter to Judge Pauley requesting a sur-reply | Unseal |

3

| Date Filed & Party | Document | Global Proposal |
|---|---|---|
| 11-19-07 Argonaut | Letter to Judge Pauley requesting a sur-reply | Unseal |
| 11-26-07 Global-Constitution | Letter to Judge Pauley requesting a sur-reply | Unseal |
| 11-27-07 Argonaut | Letter to Judge Pauley requesting an extension of Pretrial Conference to 12-21-07 | Unseal |
| 11-27-07 Global-Constitution | Notice of Motion for Pro Hac Vice Admission | Unseal |
| | Affidavit of Jeffrey Leonard | Unseal |
| | Affidavit of Virginia Pallotto | Unseal |
| | Certificate of Service | Unseal |
| | Proposed Order for Admission Pro Hac Vice | Unseal |
| 12-12-07 Global-Constitution | Changes of Address for Schiavone, Leonard and Pallotto | Unseal |
| 12-13-07 Joint | Letter to Judge Pauley regarding Joint Rule 26(f) Report | Unseal |
| | Joint Rule 26(f) Report | Unseal |
| 1-07-08 Global-Constitution | Letter to Judge Pauley regarding Sur-Reply | Unsealed |
| | Sur-Reply in Further Opposition to Counter-Petition | Unsealed |
| | Declaration of Virginia A. Pallotto | Unsealed |
| | Ex. A; Global Production Letter 10-30-06 | Unsealed |
| | Ex. B: Redacted version of Commutation Agreement | Unsealed |
| | Declaration of Service | Unsealed |

664405.w