Case 1:07-cv-07514-WHP    Document 22    Filed 01/31/2008    Page 1 of 1
Received:
01/18/08   17:17 FAX 2032276992   Case 1:07-cv-07514-WHP    Document 21    Filed 01/18/2008    Page 10 of 10
Jan 18 2008 04:17pm
HALLORAN   SAGE                                                                                                  ☑001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between:       :<br>GLOBAL REINSURANCE CORP. OF AMERICA,:<br>f/k/a GERLING GLOBAL REINSURANCE CORP.:<br>OF AMERICA, f/k/a CONSTITUTION       :<br>REINSURANCE CORPORATION,       :<br><br>Petitioner,       :<br><br>- against -       :<br><br>ARGONAUT INSURANCE COMPANY       :<br><br>Respondent.       : | Docket No. 07 CV 7514 (WHP)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

Upon the motion of Dan E. LaBelle attorney for Argonaut Insurance Company and his

Declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Theresa W. Hajost |
| Firm Name: | Halloran & Sage LLP |
| Address: | 1730 Pennsylvania Avenue, N.W, Suite 800 |
| City/State/Zip: | Washington, D.C. 20006 |
| Telephone/Fax: | (202) 496-9279 |
| Email Address: | hajost@halloran-sage.com |

is admitted to practice pro hac vice as counsel for Argonaut Insurance Company in the above
captioned case in the United States District Court for the Southern District of New York. All
attorneys appearing before this Court are subject to the Local Rules of this Court, including the
Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing
(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/30/2008
City, State: New York, NY

United States District/Magistrate Judge
William H. Pauley III

1107787v.1